UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:    CHAPTER 13
          CASE NO: **12-62605-mbm**
          JUDGE: McIvor

**Travis Tremale McKinney,**

                    Debtor.
_____/

### ORDER CONFIRMING PLAN AND VACATING THE AUTOMATIC STAY AS TO THE WAYNE COUNTY TREASURER REGARDING THE PROPERTY LOCATED AT 19782 FAUST, DETROIT, MICHIGAN ONLY

The Debtors' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtors' Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of Walter A. Metzen, attorney for the Debtors, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of **$3,000.00** in fees and **$0** in expenses, and that the portion of such claim which has not already been paid, to-wit: **$ 3,000.00** shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtors shall maintain all policies of insurance on all property of the Debtors and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [**Only provisions checked below apply**]

**X** The Wayne County Treasurer shall be treated as a Class 5 secured claim regarding the 2010 and 2011 delinquent property taxes for the property located at 18920 Mansfield, Detroit, Michigan, in the amount of $7,317.44, with payments over 60 months, and interest at 12% per annum. The Treasurer shall retain its lien until paid in full.

**X** The Wayne County Treasurer shall be treated as a Class 5 secured claim regarding the 2009 and 2010 forfeited property taxes for the property located at 19781 Faust, Detroit, Michigan, in the amount of $6,075.60, with payments over 60 months, and interest at 18% per annum. The Treasurer shall retain its lien until paid in full.

**X** The Wayne County Treasurer shall be treated as a Class 5 secured claim regarding the 2011 delinquent property taxes for the property located at 19781 Faust, Detroit, Michigan, in the amount of $3,735.92, with payments over 60 months, and interest at 12% per annum. The Treasurer shall retain its lien until paid in full.

**X** The automatic stay is vacated as to the Wayne County Treasurer regarding the property located at 19782 Faust, Detroit, Michigan only.

| /s/ David Wm. Ruskin | /s/ Michael P. Hogan | | /s/ Shannon R. Warner (P67017) |
|---|---|---|---|
| David Wm. Ruskin, Trustee | Kilpatrick & Associates, P.C. | | /s/ Walter A. Metzen (P49779) |
| 26555 Evergreen Road | Michael P. Hogan (P63074) | | Attorneys for Debtors |
| 1100 Travelers Tower | Attorneys for Wayne County Treasurer | | |

.

```
Signed on March 13, 2013
```
                                    /s/ Marci B. McIvor
                              _____
                                    Marci B. McIvor
                              United States Bankruptcy Judge